UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GEORGE JOHNSON, § | |
| § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. H-09-cv-2154 |
| § | |
| OFFICER FNU CABRERA, et al., § | |
| § | |
| § | |
| § | |
| Defendants. § | |

## MEMORANDUM AND ORDER

Pursuant to the Court's Order issued on September 2, 2009, Plaintiff's Application to Proceed *in forma pauperis* (Doc. No. 7) is **DENIED**. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 14th day of September, 2009.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO ENSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS
ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY
AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN
SENT ONE BY THE COURT.